**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:  
Correctional Transition Services Inc.  
Debtor(s)

Case No: 11–42087 – NCD

Chapter 7 Case

# ORDER ON PARTIAL CASE FILING

The petition commencing this case was filed on March 28, 2011 . However, the following documents have not been filed and /or outdated forms were used:

☐ **You have filed out–dated forms. Please file the revised forms checked below as an amended petition and amended schedules or statements.**

☐ Voluntary petition (Form 1 as revised 04/10)

☐ Summary of schedules and statistical summary of certain liabilities(Form 6 as revised 12/07, Form 6E as revised 04/10)

☐ Schedules A–H (Form 6A – 6H as revised 12/07)

☐ Declaration concerning debtor's schedules (Form 6 as revised 12/07)

☐ Statement of financial affairs (Form 7 as revised 04/10)

☐ Statement of compensation by attorney for debtor (Local Form 1007–1)

☐ Proof of authority to sign and file petition (Local Form 1008–1)

☐ Signature declaration

☑ Notice of responsibilities of chapter 7 debtors and their attorneys (Local Form 1007–3–1–(7))

Details:

IT IS THEREFORE ORDERED:

1. Unless the court extends the time as provided in paragraph 2 of this order, the debtor(s) shall file the documents specified above, pursuant to Bankruptcy Rules 1007(c), 2016(b) or 3015, not later than April 11, 2011
2. If these documents are not filed on or before such date or such date as the court may fix by order extending the time for such filing, and if the court has not entered an order to extend the time for such filing on application served on the trustee and the United States Trustee, an order dismissing this case shall be entered immediately, without a hearing, without further notice, and without notice to creditors, except as provided in paragraph 3 of this order.
3. If this case is dismissed pursuant to paragraph 2 of this order, notice of such dismissal stating the reason for dismissal shall forthwith be served by the clerk on the debtor(s), the attorney for the debtor(s), the trustee, the United States Trustee, and all creditors listed on the matrix filed with the petition.
4. **THE ATTORNEY FOR DEBTOR OR THE DEBTOR, IF UNREPRESENTED, SHALL SERVE THE NOTICE OF MEETING OF CREDITORS ON ALL CREDITORS NOT LISTED ON THE ORIGINAL MATRIX, SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT DEMONSTRATING THAT SUCH SERVICE HAS BEEN EFFECTED AND SHALL ADD THOSE CREDITORS TO THE COURT'S MATRIX.**
5. The clerk shall provide notice of this order to the debtors(s), the attorney for the debtor(s), the trustee and the United States Trustee.

Dated: 3/29/11

<u>Nancy C Dreher</u>  
United States Bankruptcy Judge

---

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT  
Filed and docket entry made on March 29, 2011  
Lori Vosejpka  
Clerk, United States Bankruptcy Court,  
BY: lynne, Deputy Clerk

---

**mnbop7b** 10/13/2005, Update 06/10/2008, Update 4/01/2010, Update 10/6/10

United States Bankruptcy Court
District of Minnesota

In re:  
Correctional Transition Services Inc.  
    Debtor

Case No. 11-42087-NCD  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0864-4 | User: lynne | Page 1 of 1 | Date Rcvd: Mar 29, 2011 |
|---|---|---|---|
| | Form ID: mnbop7b | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2011.
db     +Correctional Transition Services Inc.,   1901 44th Avenue North,   Minneapolis, MN 55412-1209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2011**          **Signature:** _Joseph Speetjens_